



**FILED**

UNITED STATES COURT OF APPEALS

**DEC 7 2006**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT KAHRE; et al., | No. 06-74828 |
| Petitioners, | D.C. Nos. CR-05-00120-RCJ |
| v. | CR-05-00121-RCJ |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, | District of Nevada, Las Vegas |
| Respondent, | ORDER |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

Petitioners have not demonstrated that these cases warrant the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

S:\_MoATT\06-74828.wpd

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

DEC 0 7 2006

by: _____
         Deputy Clerk

moatt

INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL

| | |
|---|---|
| In re: ROBERT KAHRE<br>　　　Petitioner | William A. Cohan, Esq.<br>FAX 858/550-9049<br>858/550-9095<br>Ste. 550<br>[COR LD NTC ret]<br>8910 University Center Ln.<br>San Diego, CA 92122-1026 |
| In re: LORI KAHRE<br>　　　Petitioner | Michael J. Kennedy, Esq.<br>FAX 702/388-6261<br>702/388-6577<br>Suite 250<br>[COR LD NTC afp]<br>FPDNV - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (LAS VEGAS)<br>411 E. Bonneville St.<br>Las Vegas, NV 89101 |
| In re: MYRA BUONOMO<br>　　　Petitioner | T. Louis Palazzo, Esq.<br>FAX 702/385-3856<br>702/*385-3850<br>2nd Floor<br>[COR LD NTC ret]<br>BROWN, WELLS, BELLER & KRAVITZ<br>520 S. 4th St.<br>Las Vegas, NV 89101 |
| In re: JOEL AXBERG<br>　　　Petitioner | Lisa A. Rasmussen, Esq.<br>FAX 702/822-2650<br>702/822-2640<br>[COR LD NTC ret]<br>LAVELLE & ASSOCIATES<br>8831 W. Sahara Ave.<br>Las Vegas, NV 89117 |
| In re: HEIDI RASMUSSEN<br>　　　Petitioner | Travis E. Shetler, Esq.<br>FAX 702/866-0093<br>702/866-0089<br>[COR LD NTC ret]<br>618 S. 7th St.<br>Las Vegas, NV 89101 |
| In re: ALEXANDER LOGLIA<br>　　　Petitioner | Joel F. Hansen, Esq.<br>702/385-5533<br>Suite 200<br>[COR LD NTC ret]<br>HANSEN & HANSEN, L.L.C.<br>415 South Sixth Street<br>Las Vegas, NV 89101 |
| In re: ROBERT J. FURMAN<br>　　　Petitioner | Chris T. Rasmussen, Esq.<br>702/464-6007<br>Ste 1100-A<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL

                                        CHRIS RASMUSSEN, CHTD.
                                        330 South Third Street
                                        Las Vegas, NV 89101

In re: DEBRA A. ROSENBAUM       Andrew Fritz, Esq.
    Petitioner                      FAX 702/383-2865
                                          702/383-5151
                                          [COR LD NTC ret]
                                          625 S. 6th St.
                                          Las Vegas, NV 89101

In re: JOHN W. KAHRE              Benjamin C. Durham, Esq.
    Petitioner                      FAX 702/474-1320
                                          702/474-4222
                                          [COR LD NTC ret]
                                          BENJAMIN C. DURHAM, CHTD.
                                          815 S. Casino Center
                                          Las Vegas, NV 89101

In re: STEVEN T. ROSENBAUM       Bret O. Whipple, Esq.
    Petitioner                      FAX 702/543-3505
                                          702/895-7300
                                          Ste. 205
                                          [COR LD NTC ret]
                                          LAW OFFICE OF BRET WHIPPLE
                                          229 S. Las Vegas Blvd., S.
                                          Las Vegas, NV 89101

In re: ENRIQUE CEBALLOS          Osvaldo E. Fumo, Esq.
    Petitioner                      FAX 702/474-4210
                                          702/474-7554
                                          [COR LD NTC ret]
                                          1212 Casino Center Blvd.
                                          Las Vegas, NV 89104

In re: DANIELLE CLINE             Donald W. MacPherson, Esq.
    Petitioner                      FAX 623/209-2008
                                          623/209-2003
                                          [COR LD NTC ret]
                                          THE MACPHERSON GROUP, PC
                                          7508 N. 59th Ave.
                                          Glendale, AZ 85301

In re: RICHARD W. WELLMAN        Daniel J. Albregts, Esq.
    Petitioner                      FAX 702/474-0739
                                          702/474-4004
                                          Suite 202
                                          [COR LD NTC ret]
                                          DANIEL J. ALBREGTS, LTD.
                                          601 S. Tenth St.
                                          Las Vegas, NV 89101

-----------------------------

```
INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL


ROBERT KAHRE                       William A. Cohan, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

LORI KAHRE                         Michael J. Kennedy, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC afp]

MYRA BUONOMO                       T. Louis Palazzo, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

JOEL AXBERG                        Lisa A. Rasmussen, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

HEIDI RASMUSSEN                    Travis E. Shetler, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

ALEXANDER LOGLIA                   Joel F. Hansen, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

ROBERT J. FURMAN                   Chris T. Rasmussen, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

DEBRA A. ROSENBAUM                 Andrew Fritz, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

JOHN W. KAHRE                      Benjamin C. Durham, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

STEVEN T. ROSENBAUM                Bret O. Whipple, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

ENRIQUE CEBALLOS                   Osvaldo E. Fumo, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

DANIELLE CLINE                     Donald W. MacPherson, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]

RICHARD W. WELLMAN                 Daniel J. Albregts, Esq.
     Petitioner                    (See above)
                                   [COR LD NTC ret]
```

```
INTERNAL USE ONLY: Proceedings include all events.
06-74828 Kahre, et al v. USDC-NVL

   v.

U.S. DISTRICT COURT THE              No appearance
DISTRICT OF NEVADA (LAS VEGAS)       No appearance
     Respondent

UNITED STATES OF AMERICA             Gregrory J. Damm, AUSA
     Real Party in Interest          [COR LD NTC aus]
                                     USLV - OFFICE OF THE U.S.
                                     ATTORNEY
                                     Lloyd George Federal Bldg.
                                     333 Las Vegas Blvd., S
                                     Las Vegas, NV 89101
```